HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR16-0212-JCC |
| Plaintiff, | ) |
| v. | ) MINUTE ORDER |
| ANTWION BROWN, | ) |
| Defendant. | ) |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Antwion Brown's unopposed motion to continue trial and extend the due date for pretrial motions (Dkt. No. 15). Having reviewed the motion and the relevant record, the Court makes the following findings and conclusions:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow Defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

5. Defendant has filed a speedy trial waiver consenting to a continuance of his trial to any date up to and including February 28, 2017. (Dkt. No. 16 at 1.)

The Court ORDERS that the jury trial date is continued from October 3, 2016 to January 23, 2017, and that the resulting period of delay from October 3, 2016 to January 23, 2017 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

It is further ORDERED that pretrial motions are due no later than Thursday, December 15, 2016.

DATED this 1st day of September 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk