THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0212-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ANTWION BROWN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion (Dkt. No. 43) to extend the due date of its response to Defendant's motion (Dkt. No. 41) to reduce sentence. Finding good cause, the Government's motion (Dkt. No. 43) is GRANTED. The Government may file its response to Defendant's motion on or before February 19, 2021. The Clerk is DIRECTED to renote Defendant's motion (Dkt. No. 41) to February 19, 2021.

DATED this 1st day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk