THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0212-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ANTWION BROWN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a temporary stay (Dkt. No. 48). Finding good cause, the motion is GRANTED. After reviewing the files and consulting with Defendant, counsel for Antwion Brown is ORDERED to notify the Court and counsel for the United States on or before March 12, 2021, whether an amended motion will be filed in this case. If no such motion is to be filed, the United States will have fourteen days from that notice in which to file its response to Defendant's *pro se* motion. If an amended motion is to be filed, the parties are to provide a proposed briefing schedule to the Court. The Clerk is DIRECTED to renote Defendant's *pro se* motion (Dkt. No. 41) to March 26, 2021.

//

//

MINUTE ORDER
CR16-0212-JCC
PAGE - 1

DATED this 19th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk