THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

     v.

ANTWION BROWN,

                    Defendant.

CASE NO. CR16-0212-JCC

ORDER

This matter comes before the Court on Defendant's motion to authorize travel (Dkt. No. 76). In his motion, Defendant, who is presently on supervised release, (*see* Dkt. No. 38), asks the Court to authorize travel to the Dominican Republic from April 10 to April 14, 2024. (Dkt. No. 76 at 1.) The Court understands that the Government does not object to this request. (*Id.*) Finding good cause, the motion is GRANTED. Mr. Brown may leave the Western District of Washington no earlier than April 10, 2024, travel to the Dominican Republic, and return to the Western District of Washington no later than April 14, 2024.

DATED this 11th day of March 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE